**Order entered June 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00551-CV

**STANLEY DAVIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EUNICE D.C. DAVIS, DECEASED, Appellant**

**V.**

**ESC II, LP D/B/A EMERITUS AT VICKERY TOWERS, LAILA HIRJEE, M.D., AND LAILA HIRJEE M.D. P.A., Appellees**

On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-03856

## ORDER

The clerk's record in this case is overdue. By letter dated June 22, 2015, we notified appellant that the Dallas County District Clerk informed the Court that the clerk's record had been prepared, but not filed, because appellant had not paid for or made arrangements to pay for the record. By letter dated June 24, 2015, appellant responded that payment had been made to the District Clerk's office for the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **FIVE DAYS** of the date of this order.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE